# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:17-cr-00116-R-1 |
| Date | August 3, 2021 |

Present: The Honorable **PHILIP S. GUTIERREZ, CHIEF UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| D. Rojas | Not Reported | Not Present |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gina Carol Ginyard | NOT | | | Pro Se | NOT | | |

**Proceedings (In Chambers):** ORDER RE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE PURSUANT TO 18 USC SECTION 3583(E) [54]

In light of Defendant's Motion for Early Termination of Supervised Release [54], the Court orders the Government and the U.S. Probation and Pretrial Services Office file their position by September 13, 2021.

Initials of Deputy Clerk: dr